## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:              Chapter 13

**Leah Chavie,** Bankruptcy No. 23-05488

Debtor. Honorable Donald R. Cassling

### AFFIDAVIT OF LEAH CHAVIE IN SUPPORT OF MOTION TO EXTEND
### AUTOMATIC STAY

I hereby swear and affirm as follows:

1. My name is Leah Chavie. I am the debtor in the above-captioned bankruptcy case.

2. This is the second bankruptcy case I have filed. My first case, 22-14470 in this district, was dismissed on March 22, 2023, on the chapter 13 Trustee's motion to dismiss for unreasonable delay.

3. In the prior case, documents were not timely submitted to the chapter 13 trustee, leading to delay in conducting the 341 meeting, and related issues.

4. My proposed chapter 13 plan additionally received objections from several creditors. My current plan provides for the surrender of the collateral securing secured claims of a judgment creditor and a mortgage lender, and is expected to proceed much more efficiently than the prior plan.

5. The dismissal of my prior case was not brought about by nonpayment, or inability to pay: I was substantially current on my plan payments at the time of the dismissal of the prior case.

6. I had a breakdown in my relationship with my prior attorney, who threatened to withdraw from representing me multiple times.

7. Indeed, my prior attorney failed to attend the March 22, 2023 continued hearing on the Trustee's motion to dismiss. The Court denied my prior attorney's fee application.

8. These circumstances are resolved: I believe the Trustee is prepared to move forward with my 341 meeting or resolve any outstanding issues expeditiously; my plan is greatly simplified and it is feasible for me to make all the necessary payments; I have obtained new counsel with whom I work much more effectively. For these reasons, my new case is filed in good faith and will succeed.

Executed on: May 10 2023        _Leah Chavie_
             Date        Signature

STATE OF Illinois

COUNTY OF Cook

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 10th day of May, 2023, by Leah Chavie who is personally known to me or who has produced

_Florida Drivers Licence_ as identification.

_Laura N. Cuipmendg_

Notary Public

LAURA N CARVAJAL MENDEZ
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 1, 2025

My commission expires: _April 01, 2025_

{00221248}
00066175.docx;v1-7/20/18