# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  LEAH CHAVIE                )        Case No. 23 B 05488
                                )
                                )        Chapter 13
                                )
      Debtor(s)                 )
                                )        Judge: DONALD R CASSLING

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 29, 2023 10:00 am, for the following:

Debtor has failed to provide proof that 2022 tax return was filed (IRS proof of claim states that it was not received) in accordance with 11 U.S.C. Section 1308 and 1325(a)(9).

Debtor has failed to provide proof of business income in accordance with 11 U.S.C. Section 1325(a)(6).

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. Sections 521(a)(1)(B)(i).  Debtor to amend petition to list Florida address as residence and amend schedule D to list IRS and list collateral for Ascentium Capital.

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out:
#2.3 uncheck 1st box and check 3rd box for trustee's preferred tax language because not 100%;
#5.1 check either box #1 or #2 even if percentage in box #2 is 0;
#6.1 to list lease information.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: June 06, 2023                                    /s/ Thomas H. Hooper

                                                        Thomas H. Hooper
                                                        Chapter 13 Trustee
                                                        55 E. Monroe St., Suite 3850
                                                        Chicago, IL 60603
                                                        (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  LEAH CHAVIE                          )          Case No. 23 B 05488
                                          )
                                          )          Chapter 13
                                          )
     Debtor(s)                            )
                                          )          Judge: DONALD R CASSLING

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

FACTOR LAW                                          (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                       (via CM/ECF)
United States Trustee

LEAH CHAVIE                                         (via U.S. Postal Service)
1504 22 AVE #WEST
PALMETTO, FL 34221
*Debtor*

Dated: June 06, 2023                         /s/ Emily Baez
                                             _____

                                             Emily Baez
                                             Office of the Chapter 13 Trustee
                                             55 E. Monroe St., Suite 3850
                                             Chicago, IL 60603
                                             (312) 294-5900