# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   LEAH CHAVIE | ) | Case No. 23 B 05488 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for August 31, 2023 10:00 am, for the following:

The trustee request documentation that supports the amount of debtor's income as listed on Schedule I. Disposable income under 11 U.S.C. Section 1325(b) cannot be determined until this is resolved and trustee cannot determine whether debtor will be able to make all payments under the plan under 11 U.S.C. Section 1325(a)(6).

Debtor has failed to file a proper plan as follows: Parts #3.5 and #8.1 do not properly identify debtor's real property as the address is not listed and the provision in Paragraph 3 of Part #8.1 cannot be administered because it requires trustee to determine events that take place outside of the bankruptcy in accordance with 11 U.S.C. Section 1325(a)(1).

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: August 17, 2023                                                                 /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   LEAH CHAVIE | ) | Case No. 23 B 05488 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

FACTOR LAW                                                                 (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                              (via CM/ECF)
United States Trustee

LEAH CHAVIE                                                                (via U.S. Postal Service)
1504 22 AVE #WEST
PALMETTO, FL 34221
*Debtor*

Dated: August 17, 2023                                                     /s/ Emily Baez

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900